# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| QUINTEZ TALLEY | : | CIVIL ACTION |
| --- | --- | --- |
| v. | : | |
| MAJOR CLARK, LAURA BANTA, M. NASH, THOMAS GRENEVICHY, GEORGE ANDRAKA, SGT. WORTH, SGT. BISSELL, C/O BARRETTO, C/O BANGGERT, C/O MARTIN, C/O HAYES, C/O MARTINEZ, C/O VOURHEES, C/O BROWN, SGT. RIVERA, C/O WEST, C/O CHOI, UNKNOWN CORRECTIONAL OFFICERS, PA DEPARTMENT OF CORRECTIONS, DR. RICHARD DOYLE, R. LADDNNE, MHM, CHIEF SAFETY & ENVIRONMENTAL PROTECTION DIVISION and J. WETZEL | : | NO. 19-253 |

## ORDER

**NOW**, this 20th day of November, 2019, upon consideration of the Commonwealth Defendants' Motion to Dismiss (Document No. 11) and the Defendant Chief Safety and Environmental Protection Division's Motion to Dismiss (Document No. 14), it is **ORDERED** that the motions are **GRANTED.**

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.